# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

IN RE:                                                    CASE NO.: 15-25422-RAM
                                                          CHAPTER 7

**James Melvin LittleJohn,**

   **Debtor.**

_____/

## CERTIFICATE OF SERVICE OF RENOTICE OF HEARING
## AND COMPLIANCE WITH LOCAL RULE 9073-1(D)

OCWEN LOAN SERVICING LLC, AS A SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A8 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-H, by and through its undersigned counsel, hereby certifies that attempts have been made to confer with debtor/opposing counsel to resolve this matter without a hearing.

**I HEREBY CERTIFY** that a true and correct copy of the Re-Notice of Hearing (DE# 39) for the Motion for Prospective Relief from Automatic Stay (DE# 36) was electronically filed and/or mailed to all parties on the attached Mailing List this 15th day of March, 2016.

                              Respectfully Submitted,

                              ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                              Attorney for Secured Creditor
                              6409 Congress Ave., Suite 100
                              Boca Raton, FL 33487
                              Telephone: 561-241-6901
                              Facsimile: 561-241-1969

                              By: /s/ _Can Guner_____
                              Can Guner, Esquire
                              Florida Bar No. 20931
                              Communication Email: cguner@rasmonitor.com


15-085117 - TaV



**Mailing List**

JAMES MELVIN LITTLEJOHN
1977 NE 119TH RD
MIAMI, FL  33181

(Sent Via U.S. Mail)

ROBERT A ANGUEIRA
6495 SW 24 ST
MIAMI, FL  33155

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL   33130

15-085117 - TaV