## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  CASE NO.: 15-25422-RAM
  CHAPTER 7

**James Melvin LittleJohn,**

    **Debtor.**

_____/

### MOTION FOR ORDER UNDER § 362(J) CONFIRMING
### NO AUTOMATIC STAY IS IN EFFECT

    CREDITOR, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-AHL3., *(Movant)*, by and through undersigned counsel and files this Motion under 11 U.S.C. § 362(c) and (j), for an order confirmation that no automatic stay is in effect, and shows the Court:

    1.    This Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and the various other applicable provision of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedures.

    2.    The Debtor filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on August 26, 2015.

    3.    Debtor's prior bankruptcy case, Chapter 13 case number 14-34579-RBR filed in the Southern District of Florida, was dismissed on November 26, 2014 for Debtor's failure to correct filing deficiency.

    4.    Movant holds a secured interest in the property located at **15020 S RIVER DR, Miami, FL 33167** *(the subject property)* legally described as;

**LOT 105, BISCAYNE GARDENS SECTION F PART 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 45. OF THE PUBLIC RECORDS OF MIAM-DADE COUNTY. FLORIDA.**

    5.    Debtor's prior bankruptcy case, case number 14-34579-RBR, was dismissed within the preceding 1 year period of Debtor's current bankruptcy filing. As such, pursuant to 11 U.S.C. § 362(c)(3)(A), the automatic stay terminated on September 26, 2015 which is the 30th day after the filing of Debtor's current bankruptcy case.

    6.    Debtor has not filed a motion under 11 U.S.C. § 362(c)(3)(B) requesting that the



16-034294 - TaV

automatic stay be extended.

7. The Trustee in the case has not filed a motion under 11 U.S.C. § 521(a)(6)(B) to determine that the property is of consequential value or benefit to the Estate.

8. The Movant herein requests the entry of an Order under 11 U.S.C. §362(j) confirming that the automatic stay under 11 U.S.C. §362(a) was terminated on September 26, 2015, due to Debtor's prior bankruptcy filing being dismissed within the preceding 1 year period.

WHEREFORE, Movant, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-AHL3 moves this Court to enter its Order confirming that the automatic stay is not in effect.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by Electronic Service and/or First Class U.S. Mail to the attached mailing list, this 12 day of May, 2016.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969


By: _/s/ Can Guner_____
Can Guner, Esquire
Florida Bar No. 20931
Communication Email: cguner@rasmonitor.com

**Mailing List**

JAMES MELVIN LITTLEJOHN
1977 NE 119TH RD
MIAMI, FL  33181
(Via Regular Mail)

ROBERT A ANGUEIRA
6495 SW 24 ST
MIAMI, FL  33155

U.S. TRUSTEE
51 S.W. 1ST AVE., SUITE 1204
MIAMI, FL  33130

16-034294 - TaV